Certificate Number: 13858-MD-DE-038604558

Bankruptcy Case Number: 24-12656



13858-MD-DE-038604558

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 24, 2024</u>, at <u>7:37</u> o'clock <u>PM EDT</u>, <u>Ciji A. Bryant</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date:   <u>June 24, 2024</u>                    By:      <u>/s/Ariel I Rosario</u>

Name:   <u>Ariel I Rosario</u>

Title:   <u>Counselor</u>