Certificate Number: 13858-MD-DE-038604559

Bankruptcy Case Number: 24-12656



13858-MD-DE-038604559

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2024, at 7:37 o'clock PM EDT, Brandon A. Bryant completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: June 24, 2024

By: /s/Ariel I Rosario

Name: Ariel I Rosario

Title: Counselor