United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-12656-MMH |
| Ciji A. Bryant | Chapter 7 |
| Brandon A. Bryant | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 12, 2024 | Form ID: 318 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Ciji A. Bryant, Brandon A. Bryant, 1306 Agora Place, Bel Air, MD 21014-6853 |
| 32503269 | + | Advantia Health LLC, Attn # 23934K, PO Box 14000, Belfast, ME 04915-4033 |
| 32503275 | + | Bloom & Associates, PO Box 42826, Baltimore, MD 21284-2826 |
| 32503296 | + | Millenium Collections Corporation, PO Box 6899, Vero Beach, FL 32961-6899 |
| 32503316 | + | U S Dept Of Ed, 181 Montour Run Road, Coraopolis, PA 15108-9408 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 12 2024 23:03:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32503271 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 12 2024 19:13:00 | American Honda, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 32503272 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 12 2024 19:13:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 32503270 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 12 2024 19:17:44 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 32511004 | + | EDI: AISACG.COM | Jul 12 2024 23:03:00 | Ally Financial Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32503273 | + | Email/Text: bk@avant.com | Jul 12 2024 19:13:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 32503274 | + | EDI: TSYS2 | Jul 12 2024 23:03:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 32504658 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 12 2024 19:12:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32503276 | + | EDI: CAPITALONE.COM | Jul 12 2024 23:03:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32503277 | + | EDI: CAPONEAUTO.COM | Jul 12 2024 23:03:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 32503278 | + | EDI: CITICORP | Jul 12 2024 23:03:00 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 32503280 | + | EDI: CITICORP | Jul 12 2024 23:03:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 32503281 | + | EDI: WFNNB.COM | | |

| District/off: 0416-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2024 | Form ID: 318 | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| | | Jul 12 2024 23:03:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32503282 | + EDI: WFNNB.COM | | |
| | | Jul 12 2024 23:03:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 32503283 | + EDI: WFNNB.COM | | |
| | | Jul 12 2024 23:03:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32503284 | Email/Text: Bankruptcymail@marylandtaxes.gov | | |
| | | Jul 12 2024 19:12:00 | Comptroller of Maryland, Bankruptcy Unit, 301 W. Preston St. Room 409, Baltimore, MD 21201-2383 |
| 32503285 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Jul 12 2024 19:12:00 | Diana Holland, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 32503286 | + EDI: DISCOVER | | |
| | | Jul 12 2024 23:03:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 32503288 | Email/Text: bk@freedomfinancialnetwork.com | | |
| | | Jul 12 2024 19:12:00 | Freedom Financial Asset Management, LLC., Attn: Bankruptcy, 1875 South Grant Street, Suite 400, San Mateo, CA 94402 |
| 32503287 | + EDI: BLUESTEM | | |
| | | Jul 12 2024 23:03:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 32503289 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Jul 12 2024 19:12:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 32504656 | + Email/Text: kcsykes@harfordcountymd.gov | | |
| | | Jul 12 2024 19:12:02 | Harford County, Maryland, Department of Law, 220 South Main Street, Bel Air, MD 21014-3820 |
| 32503290 | + Email/Text: bankruptcy.notices@hdfsi.com | | |
| | | Jul 12 2024 19:13:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 32503291 | + EDI: IRS.COM | | |
| | | Jul 12 2024 23:03:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32503279 | EDI: JPMORGANCHASE | | |
| | | Jul 12 2024 23:03:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 32503292 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jul 12 2024 19:12:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 32503293 | + EDI: LENDNGCLUB | | |
| | | Jul 12 2024 23:03:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 32503294 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Jul 12 2024 19:12:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 32503295 | + Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | Jul 12 2024 19:12:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 32503298 | + EDI: NAVIENTFKASMSERV.COM | | |
| | | Jul 12 2024 23:03:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 32503299 | + EDI: AGFINANCE.COM | | |
| | | Jul 12 2024 23:03:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 32503300 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 12 2024 19:12:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 32503301 | ^ MEBN | | |
| | | Jul 12 2024 19:07:54 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 32503302 | ^ MEBN | | |
| | | Jul 12 2024 19:08:40 | Receivable Management Partners, LLC, PO Box 630844, Cincinnati, OH 45263-0844 |
| 32503303 | + Email/Text: cognizantrcminfo@cognizant.com | | |
| | | Jul 12 2024 19:13:00 | Receivables Outsourcing, Inc., PO Box 734412, Chicago, IL 60673-4412 |
| 32503304 | + Email/Text: cognizantrcminfo@cognizant.com | | |
| | | Jul 12 2024 19:13:00 | Receivables Outsourcing. Inc., PO Box 549, Lutherville Timonium, MD 21094-0549 |

Case 24-12656   Doc 17   Filed 07/14/24   Page 3 of 6

| District/off: 0416-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2024 | Form ID: 318 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 32503306 | | Email/Text: bankruptcy@springoakscapital.com | Jul 12 2024 19:12:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 32503305 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 12 2024 19:13:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 32504657 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 12 2024 19:13:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32503307 | + | EDI: SYNC | Jul 12 2024 23:03:00 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 32503308 | + | EDI: SYNC | Jul 12 2024 23:03:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32503309 | + | EDI: SYNC | Jul 12 2024 23:03:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32503310 | + | EDI: SYNC | Jul 12 2024 23:03:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32503311 | + | EDI: SYNC | Jul 12 2024 23:03:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32503312 | + | EDI: SYNC | Jul 12 2024 23:03:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32503313 | + | Email/Text: synovusbankruptcy@synovus.com | Jul 12 2024 19:13:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Avenue, Columbus, GA 31901-5218 |
| 32503314 | + | Email/Text: collections@meettally.com | Jul 12 2024 19:12:00 | Tally Technologies, Inc, Attn: Bankruptcy, 375 Alabama St #325, San Francisco, CA 94110-7334 |
| 32503315 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 12 2024 19:13:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 32503317 | + | EDI: CAPITALONE.COM | Jul 12 2024 23:03:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32503318 | + | EDI: WFFC2 | Jul 12 2024 23:03:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 32503319 | + | Email/Text: ebankruptcy@woodforest.com | Jul 12 2024 19:13:00 | Woodforest National Bank, Attn: Bankruptcy, Po Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32503297 | | Mohammad Husain, INVALID ADDRESS PROVIDED |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 12, 2024 | Form ID: 318 | Total Noticed: 56 |
| Date: Jul 14, 2024 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Marc H. Baer | mbaer@waldmangrossfeld.com  md09@ecfcbis.com |

TOTAL: 2

Entered: July 12, 2024
Signed:  July 12, 2024

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Ciji A. Bryant** | Social Security number or ITIN    **xxx–xx–6859** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Brandon A. Bryant** | Social Security number or ITIN    **xxx–xx–2449** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | | |
| Case number:   **24–12656 MMH**    Chapter:   **7** | | |

# Order of Discharge                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Ciji A. Bryant                                       Brandon A. Bryant

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                            **Order of Discharge**                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**