Entered: July 16, 2024
Signed:  July 16, 2024

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   24–12656 – MMH       Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ciji A. Bryant | Brandon A. Bryant |
| 1306 Agora Place | 1306 Agora Place |
| Bel Air, MD 21014 | Bel Air, MD 21014 |
| Social Security No.:   xxx–xx–6859 | xxx–xx–2449 |
| Employer's Tax I.D. No.: | |

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 3/29/24.

The estate of the above–named debtor has been fully administered.

ORDERED, that Marc H. Baer is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

*fnldec – admin*